# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BARBARA ANNE GALLOWAY, | Case No. CV 15-01840 VAP (RAO) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum and Order Re Summary Dismissal of Complaint for Review of Social Security Decision,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATE: _October 13, 2015_____        _____ /s/ Virginia A. Phillips ____

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE